UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-156 PJS/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) 18 U.S.C. § 2 |
| | ) 21 U.S.C. § 841(a)(1) |
| v. | ) 21 U.S.C. § 841(b)(1)(A) |
| | ) 21 U.S.C. § 846 |
| 1. BRIAN MICHAEL ORNDORFF, | ) 21 U.S.C. § 853 |
| 2. ALEX BLANTON BARKER, | ) |
| 3. JARRETT DAVID DAINTY, | ) |
| 4. ROBERT ANGELO MARTINEZ, and | ) |
| 5. WILLIAM DENNIS SHIELDS, | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Methamphetamine)

From in or about August 2019, and continuing through on or about August 5, 2020, in the State and District of Minnesota and elsewhere, the defendants,

**BRIAN MICHAEL ORNDORFF,
ALEX BLANTON BARKER,
JARRETT DAVID DAINTY,
ROBERT ANGELO MARTINEZ, and
WILLIAM DENNIS SHIELDS,**

did unlawfully, knowingly and intentionally conspire with each other, and with others known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.



SCANNED
AUG 0 5 2020
U.S. DISTRICT COURT MPLS

## COUNT 2
(Possession With the Intent To Distribute Methamphetamine)

On or about February 10, 2020, in the State and District of Minnesota, the defendants,

**BRIAN MICHAEL ORNDORFF,
ALEX BLANTON BARKER,
ROBERT ANGELO MARTINEZ, and
WILLIAM DENNIS SHIELDS,**

each aiding and abetting the others, did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

If convicted of either of the counts of this Indictment, the defendants,

**BRIAN MICHAEL ORNDORFF,
ALEX BLANTON BARKER,
JARRETT DAVID DAINTY,
ROBERT ANGELO MARTINEZ, and
WILLIAM DENNIS SHIELDS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation, including, but not limited to, a 2015 Maserati Quattroporte automobile, vehicle identification number ZAM56RRA0F1147812. If any of the above-described property is unavailable for

United States v. Brian Michael Orndorff, et al.

forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON